# Court of Appeals
# of the State of Georgia

ATLANTA, April 29, 2025

*The Court of Appeals hereby passes the following order:*

A25E0101. JOSEPH WHYTE v. THE HONORABLE CYNTHIA C. ADAMS.

Joseph Whyte, proceeding pro se, has petitioned this Court for an "emergency" petition for a writ of mandamus ordering the Honorable Cynthia C. Adams to rule on his pending motions in the Superior Court of Douglas County. Alternatively, Whyte requests that we issue a writ of mandamus ordering Judge Adams to remove the lis pendens on property located at 4437 Blue Ridge Drive in Douglasville.[1] Upon consideration of Whyte's motion (and attached exhibits), it is hereby DENIED. See Court of Appeals Rule 40 (c) (this Court's mandamus jurisdiction is narrow and will be exercised sparingly as may be necessary in aid of our jurisdiction or to protect or effectuate our judgments).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/29/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Whyte previously petitioned this Court for a writ of mandamus ordering the Clerk of the Superior Court of Douglas County to cancel the lis pendens, which we dismissed. See Case No. A25E0093.